BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW, (DC Bar No. 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6885
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOHAMED ALI SALEH,<br><br>               Petitioner,<br><br>   v.<br><br>JOHN KRAMAR, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Francisco District; LEON RODRIGUEZ, Director of U.S. Department of Homeland Security, Citizenship and Immigration Services; JEH JOHNSON, U.S. Secretary of Homeland Security,<br><br>               Respondents. | C 16-0985 KAW<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [~~PROPOSED~~] ORDER** |

    1.    Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

    2.    USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands

STIPULATION TO REMAND
C16-0985 KAW

the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, directing the agency to take any and all necessary actions, and issue a decision on Petitioner's application for naturalization within 30 days of the remand order.

2. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 1 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b). Each party will bear their own costs and attorney fees.

Date: April 11, 2016                                Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

                 /s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondents

Dated: April 9, 2016                                 /s/
ROBERT BAIZER
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/26/16

KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO REMAND
C16-0985 KAW